whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 84–6425.   WHITE *v.* MCGOFF, SUPERINTENDENT, FREMONT CORRECTIONAL FACILITY.   Appeal from Sup. Ct. Colo. dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 84–1329.   CREA *v.* NEW YORK.   Appeal from App. Term, Sup. Ct. N. Y., 9th and 10th Jud. Dists., dismissed for want of substantial federal question.

No. 84–1346.   HEINRICH *v.* ILLINOIS.   Appeal from Sup. Ct. Ill. dismissed for want of jurisdiction.

No. 84–6256.   MACK *v.* AMERICAN TELEPHONE & TELEGRAPH CO., LONG LINES, ET AL.   Appeal from D. C. N. D. Ga. dismissed for want of jurisdiction.

No. 84–1382.   STERN ET AL. *v.* WEISS ET AL.   Appeal from Sup. Ct. N. C. dismissed for want of substantial federal question. JUSTICE BLACKMUN would note probable jurisdiction and give this case plenary consideration.

No. — – ——.   FURMAN *v.* COMMISSIONER OF INTERNAL REVENUE.   Motion to direct the Clerk to file a petition for writ of certiorari that does not comply with Rule 33 denied.   Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.

No. A–674 (84–6082).   ATTWELL ET AL. *v.* UNITED STATES POSTAL SERVICE ET AL., 470 U. S. 1008.   Application to suspend the effect of the order denying certiorari pending action on a petition for rehearing, addressed to JUSTICE MARSHALL and referred to the Court, denied.

No. D–455.   IN RE DISBARMENT OF PHILLIPS.   Disbarment entered.   [For earlier order herein, see 469 U. S. 914.]